

JUDGE RAKOFF

**'07 CIV 3895**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 26 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1598    DOC # ____1____

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

*Gerald Fisk v. Metabolife International, Inc., et al.,* W.D. Washington, C.A. No. 2:05-1068

### CONDITIONAL TRANSFER ORDER (CTO-50)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1373 (J.P.M.L. 2004). Since that time, 666 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 14 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _Marcos Quintero_
DEPUTY CLERK

# INVOLVED COUNSEL LIST (CTO-50)
# DOCKET NO. 1598
# IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Lisa R. King Ackley
Walsworth, Franklin, Bevins & McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Robert R. Barnes
Allen, Matkins, Leck, Gamble & Mallory, LLP
501 West Broadway
15th Floor
San Diego, CA 92101

Rex Allen Littrell
Ulmer & Berne, LLP
88 East Broad Street
Suite 1600
Columbus, OH 43215

David J. Molton
Brown, Rudnick, Berlack & Israels, LLP
Seven Times Square
New York, NY 10036

Lance Eugene Palmer
Kraft Palmer Davies, PLLC
720 Third Avenue
Suite 1510
Seattle, WA 98104-1825

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Nathaniel J.R. Smith
Soha & Lang, PS
701 Fifth Avenue
Suite 2400
Seattle, WA 98104

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C Street
Suite 800
San Diego, CA 92101-3531

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Diane P. Sullivan
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409

Shannon Maureen Whitemore
Merrick, Hofstedt & Lindsey
3101 Western Avenue
Suite 200
Seattle, WA 98121