UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD FISK,

    Plaintiffs,

  v.

METABOLIFE INTERNATIONAL, INC., et al.,

    Defendants.

NO. C05-1068P

ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING DIVERSITY JURISDICTION

The above-referenced case has been filed in this Court on the basis of diversity jurisdiction. The Court orders the submission by the plaintiffs of additional information within seven (7) days regarding the following:

1. Please state on what grounds the plaintiffs assert that the jurisdictional amount in controversy of $75,000 is met.

2. Please state the principal place of business of all defendant corporations.

If the defendant has a response to plaintiffs' submission, such response, if any, shall be filed and served within seven (7) days of the date of plaintiffs' submission.

The clerk is directed to send copies of this order to all counsel of record.

Dated: July 11, 2005

          /s/ Marsha J. Pechman
          Marsha J. Pechman
          United States District Judge

ORDER ON DIVERSITY JURISDICTION - 1