UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD FISK, ) | |
| ) | |
| Plaintiff, ) | NO. CV05-1068-P |
| ) | |
| v. ) | |
| ) | |
| METABOLIFE INTERNATIONAL, INC., ) | |
| THE CHEMINS COMPANY, INC. and ) | |
| ALPINE HEALTH PRODUCTS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

<u>NOTICE OF STAY AS TO METABOLIFE INTERNATIONAL INC. AND ALPINE HEALTH PRODUCTS, LLC</u>

PLEASE TAKE NOTICE that on June 30, 2005, the United States Bankruptcy Court for the Southern District of California entered an Order for Relief under Chapter 11 of United States Bankruptcy Code against Metabolife International, Inc. ("Metabolife") and its wholly owned subsidiary, Alpine Health Products, LLC

<u>NOTICE OF STAY AS TO METABOLIFE INTERNATIONAL, INC. AND ALPINE HEALTH PRODUCTS, LLC</u> - Page 1

("Alpine," collectively with Metabolife, the "Debtors"), designated Case Nos. 05-6040 and 05-6041, respectively.

Pursuant to section 362 of the Bankruptcy Code, plaintiff(s) in the within action is stayed from continuing this proceeding against Defendants Metabolife and Alpine, or from taking any action or asserting control over any assets or property of either of the Debtors except in accordance with the United States Bankruptcy Code. Copies of the Notices of Commencement of Bankruptcy Cases are attached hereto as Exhibit A and incorporated by this reference.

Dated: July 14, 2005

ALLEN MATKINS LECK GAMBLE & MALLORY, LLP

By: _____
David L. Osias, Esq.
Debra A. Riley, Esq.
501 W. Broadway, 9th Floor
San Diego, CA 92101
(619) 233-1155

**BANKRUPTCY ATTORNEYS FOR DEBTORS METABOLIFE INTERNATIONAL, INC. AND ALPINE HEALTH PRODUCTS, LLC**

<u>NOTICE OF STAY AS TO METABOLIFE INTERNATIONAL, INC. AND ALPINE HEALTH PRODUCTS, LLC</u> - Page 2

United States Bankruptcy Court
Southern District of California

## Notice of Bankruptcy Case Filing

FILED
Electronically
06/30/2005
11:33 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/30/2005 at 11:33 PM and filed on 06/30/2005.

**Metabolife International, Inc.**
5643 Copley Drive
San Diego, CA 92111
Tax id: 33-0647672
*dba*
**W.R.B. Management, Inc**

The case was filed by the debtor's attorney:

**David L. Osias**
Allen Matkins Leck Gamble & Mallory LLP

501 West Broadway, 9th Floor
San Diego, CA 92101
(619) 235-1526

The case was assigned case number 05-6040 to Judge John J. Hargrove.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Barry K. Lander**
**Clerk, U.S.**
**Bankruptcy Court**

**PACER Service Center**

California Southern Bankruptcy Court ( LIVE ) - NoticeOfFiling　　　　　Page 1 of 2

# United States Bankruptcy Court
## Southern District of California

## Notice of Bankruptcy Case Filing

```
                FILED
            Electronically
              06/30/2005
               11:52 PM
```

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/30/2005 at 11:52 PM and filed on 06/30/2005.

**Alpine Health Products, LLC**
1525 West Business Park Drive
Orem, UT 84058
Tax id: 94-3376088

The case was filed by the debtor's attorney:

**David L. Osias**
Allen Matkins Leck Gamble & Mallory LLP

501 West Broadway, 9th Floor
San Diego, CA 92101
(619) 235-1526

The case was assigned case number 05-6041 to Judge Louise DeCarl Adler.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Barry K. Lander
Clerk, U.S.
Bankruptcy Court

PACER Service Center

https://ecf.casb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?152044　　　　　7/6/2005