UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD FISK,

           Plaintiff,

v.

METABOLIFE INTERNATIONAL, INC., et al.,

           Defendants.

No. C05-1068P

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

This matter is STAYED pursuant to the pending bankruptcy petition in the United States Bankruptcy Court for the Southern District of California. The parties are to notify the Court of the termination of the bankruptcy proceedings.

The Clerk is directed to send copies of this order to all counsel of record.

Dated: July 18, 2005.

           BRUCE RIFKIN, Clerk

           By /s/ Mary Duett
              Deputy Clerk

MINUTE ORDER - 1