The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD FISK, | ) |
| Plaintiff, | ) NO. CV05-1068P |
| v. | ) NOTICE OF APPEARANCE |
| METABOLIFE INTERNATIONAL, INC., THE CHEMINS COMPANY, INC. and ALPINE HEALTH PRODUCTS, L.L.C., | ) |
| Defendants. | ) |

TO:   Plaintiff above-named; and

TO:   Lance Palmer, Levinson Friedman, P.S. and Edward Blizzard, Blizzard, McCarthy & Nabers, Inc., Attorneys for Plaintiff

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for defendant, The Chemins Company, Inc., without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to Fed. R. Civ. P. 12(b). All further pleadings and papers, except original process, shall hereafter be served upon said attorneys.

NOTICE OF APPEARANCE - 1
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\ACGPGPY

1  DATED this ___6th___ day of September, 2005.

_____
Andrew C. Gauen, WSBA #5633
Attorneys for Defendant The Chemins Co., Inc.
Merrick Hofstedt & Lindsey, P.S.
710 Ninth Avenue
Seattle, WA 98104
Telephone: (206) 682-0610
Fax: (206) 467-2689
E-Mail: agauen@mhlseattle.com

CERTIFICATE OF SERVICE

I hereby certify that on the 6th [5th] day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

_____
Andrew C. Gauen, WSBA #5633
Attorneys for Defendant The Chemins Co., Inc.
Merrick Hofstedt & Lindsey, P.S.
710 Ninth Avenue
Seattle, WA 98104
Telephone: (206) 682-0610
Fax: (206) 467-2689
E-Mail: agauen@mhlseattle.com

NOTICE OF APPEARANCE - 2
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\ACGPGPY