The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD FISK, ) | |
| ) | |
| Plaintiff, ) | NO. CV05-1068P |
| ) | |
| v. ) | NOTICE OF TRANSFER TO UNITED |
| ) | STATES DISTRICT COURT FOR THE |
| METABOLIFE INTERNATIONAL, INC., ) | DISTRICT OF SOUTHERN |
| THE CHEMINS COMPANY, INC. and ) | CALIFORNIA |
| ALPINE HEALTH PRODUCTS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

TO:   United States District Court for the Western District of Washington, at Seattle; and

TO:   All Counsel of Record:

**PLEASE TAKE NOTICE** that on November 2, 2005, Chief Judge Irma E. Gonzalez, of the United States District Court for the Southern District of California, granted the petition of Debtor-in-Possession Metabolife International, Inc., to have all ephedra-related lawsuits pending in courts other than the Southern District of New York, transferred to the Southern District of California for resolution. A copy of Judge Gonzalez's order is attached to this Notice as Exhibit A. Pursuant to the terms of the attached order, a more detailed transfer order will be entered by Judge Gonzalez in the near future.

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 1
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP48I

1  DATED this 2nd day of December, 2005.

2  MERRICK, HOFSTEDT & LINDSEY, P.S.

4  By _____
   Andrew C. Gauen, WSBA #5633
5  Nathaniel J. R. Smith, WSBA #28302
   Of Attorneys for Defendant The Chemins
6  Company, Inc.

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 2
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP481

## DECLARATION OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lance Palmer, WSBA #18141
Levinson Friedman P.S.
720 Third Avenue, Suite 1800
Seattle WA 98104-1845
206-624-8844
206-624-2912 FAX
LEP@admiralty.com
Attorneys for Plaintiffs

_____
Nathaniel J.R. Smith, WSBA #28302
Merrick Hofstedt & Lindsey, P.S.
710 Ninth Avenue
Seattle, WA 98104
206-682-0610
206-467-2689 Facsimile
nsmith@mhlseattle.com

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 3
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP48I