The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD FISK, | )<br>) |
| Plaintiff, | )<br>) NO. CV05-1068P<br>) |
| v. | ) NOTICE OF TRANSFER TO UNITED<br>) STATES DISTRICT COURT FOR THE |
| METABOLIFE INTERNATIONAL, INC., THE CHEMINS COMPANY, INC. and ALPINE HEALTH PRODUCTS, L.L.C., | ) DISTRICT OF SOUTHERN<br>) CALIFORNIA<br>)<br>) |
| Defendants. | )<br>) |

TO:   United States District Court for the Western District of Washington, at Seattle; and

TO:   All Counsel of Record:

**PLEASE TAKE NOTICE** that on November 2, 2005, Chief Judge Irma E. Gonzalez, of the United States District Court for the Southern District of California, granted the petition of Debtor-in-Possession Metabolife International, Inc., to have all ephedra-related lawsuits pending in courts other than the Southern District of New York, transferred to the Southern District of California for resolution. A copy of Judge Gonzalez's order is attached to this Notice as Exhibit A. Pursuant to the terms of the attached order, a more detailed transfer order will be entered by Judge Gonzalez in the near future.

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 1
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP48I

1  DATED this 2nd day of December, 2005.

2                              MERRICK, HOFSTEDT & LINDSEY, P.S.

4                              By _____
                                 Andrew C. Gauen, WSBA #5633
5                              Nathaniel J. R. Smith, WSBA #28302
                                 Of Attorneys for Defendant The Chemins
6                              Company, Inc.

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 2
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP48I

## DECLARATION OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Lance Palmer, WSBA #18141
> Levinson Friedman P.S.
> 720 Third Avenue, Suite 1800
> Seattle WA 98104-1845
> 206-624-8844
> 206-624-2912 FAX
> LEP@admiralty.com
> Attorneys for Plaintiffs

_____
Nathaniel J.R. Smith, WSBA #28302
Merrick Hofstedt & Lindsey, P.S.
710 Ninth Avenue
Seattle, WA 98104
206-682-0610
206-467-2689 Facsimile
nsmith@mhlseattle.com

---

NOTICE OF TRANSFER TO UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTHERN CALIFORNIA - 3
Case No. CV05-1068P

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
710 NINTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 682-0610

L:\360\004\NJRSP48I