UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD FISK,

                Plaintiff,

v.

METABOLIFE INTERNATIONAL, et al.,

                Defendants.

NO. C05-1068P

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

This matter was stayed by the Court on July 18, 2005 due to pending bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of California. On December 2, 2005, Defendant Chemins Company filed a pleading titled "Notice of Transfer to United States District Court for the District of Southern California." (Dkt. No. 7). This notice indicated that "on November 2, 2005, Chief Judge Irma E. Gonzalez, of the United States District Court for the Southern District of California, granted the petition of Debtor-in-Possession Metabolife International, Inc., to have all ephedra-related lawsuits pending in courts other than the Southern District of New York, transferred to the Southern District of California for resolution." Defendant attached a copy of Judge Gonzalez's order and indicated that "a more detailed transfer order will be entered by Judge Gonzalez in the near future." Id.

MINUTE ORDER - 1

1  The parties are advised that the Court has not received a more detailed transfer order and that
2  this matter has not been transferred to the Southern District of California. Therefore, the parties are
3  directed to provide the Court with a joint status report by <u>November 20, 2006</u>. The joint status report
4  should present the parties' positions on whether this matter should be transferred to the Southern
5  District of California and whether Judge Gonzalez has issued a more detailed order regarding the
6  procedures to be followed in effecting a transfer.

7  Date: November 6, 2006

8  BRUCE RIFKIN, Clerk

9  By <u>/s/ Mary Duett</u>
   Deputy Clerk

MINUTE ORDER - 2