UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALD FISK,<br><br>                Plaintiff,<br><br>v.<br><br>METABOLIFE INTERNATIONAL, et al.,<br><br>                Defendants. | NO. C05-1068P<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the parties' joint status report filed on November 17, 2006. Based on this report, the stay of proceedings in this matter will continue. However, the parties are directed to notify the Court promptly if the bankruptcy court approves a global settlement that includes this case. The parties shall file a joint report on <u>June 1, 2007</u> regarding the status of proceedings in the bankruptcy court, unless the parties have previously notified the Court of approval of a global settlement.

Date: November 29, 2006

BRUCE RIFKIN, Clerk

By <u>/s/ Mary Duett</u>
    Deputy Clerk

MINUTE ORDER - 1