```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In re: EPHEDRA PRODUCTS LIABILITY          :   04 M.D. 1598 (JSR)
LITIGATION                                 :
                                           :   ORDER OF PAYMENT
                                           :
------------------------------------------X
PERTAINS TO ALL CASES
```

   JED S. RAKOFF, U.S.D.J.

   In Case Management Order No. 43 ¶ 5, the Court approved the payment of $533,041.72 from the Plaintiffs' Common Expense Fund held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a) to reimburse certain expenses incurred by various law firms for the common benefit of ephedra plaintiffs. NOW, THEREFORE, the Clerk is hereby directed to issue a check for $533,041.72 to the order of Brown, Rudnick, Berlack & Israels, LLP ("the Firm") and hand it over to a person sent for it by the Firm in exchange for a receipt on the Firm's letterhead identifying the check by amount and payee and signed and dated by the person receiving the check. The Clerk shall preserve the receipt and the files of the Fund. This check is issued to reimburse Plaintiffs' Coordinating Counsel and others for the expenses that were approved in Case Management Order 43 ¶ 5.

   SO ORDERED.

*/s/ Jed S. Rakoff*
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 25, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08
```